**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Nina Y. Wang**

Civil Action No. 24-cv-00076-NYW-MDB

RELIASTAR LIFE INSURANCE CO.,

     Plaintiff,

v.

MARLENE ALTBERG,
PATRICIA TARSI, and
DEBRA SORENSEN,

     Defendants.

---

### ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the Court on the Recommendation of United States Magistrate Judge Maritza Dominguez Braswell issued on January 31, 2025.  [Doc. 28]. Judge Dominguez Braswell recommends granting the Joint Motion for Default Judgment, Interpleader Relief, and Disbursement of Funds from the Registry of the Court filed by Plaintiff ReliaStar Life Insurance Co. and Defendant Marlene Altberg.  [Doc. 22].  Judge Dominguez Braswell recommends:  (1) that default judgment be entered against Defendants Patricia Tarsi and Debra Sorensen for their failure to respond to well-pleaded allegations establishing Ms. Altberg's entitlement to the insurance benefit at issue in this case ("Death Benefit"), [Doc. 28 at 6–7]; (2) that Plaintiff—which is now a disinterested party—be dismissed from this action, discharged from liability, and granted a permanent injunction under 28 U.S.C. § 2361 against future proceedings by Defendants related to the Death Benefit, [Doc. 28 at 7–8]; and (3) that the Court disburse the funds in its Registry to Ms. Altberg in the amount of $9,109.22, plus interest accrued, and to Plaintiff in the

amount of $1,000 for attorney's fees and costs, [*id.* at 8–9].

The Recommendation states that objections to the Recommendation must be filed within 14 days after its service on the Parties. [*Id.* at 10]; *see also* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). No Party has objected to the Recommendation and the time to do so has elapsed.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a [magistrate judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), advisory committee's note to 1983 amendment. Based on this review, the Court has concluded that the Recommendation is thorough, well-reasoned, and a correct application of the facts and the law.

Accordingly, it is **ORDERED** that:

(1)    The Recommendation of United States Magistrate Judge Maritza Dominguez Braswell [Doc. 28] is **ADOPTED**;

(2)    The Joint Motion for Default Judgment, Interpleader Relief, and Disbursement of Funds from the Registry of the Court filed by Plaintiff ReliaStar Life Insurance Co. and Defendant Marlene Altberg [Doc. 22] is

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a *de novo* review, Fed. R. Civ. P. 72(b).

**GRANTED**;

(3)     Default Judgment **SHALL ENTER** against Defendants Patricia Tarsi and

Debra Sorensen;

(4)     Plaintiff ReliaStar Life Insurance Co. is **DISMISSED** from this action and fully

and finally **DISCHARGED** from any further liability arising out of or relating to

the Death Benefit;

(5)     Defendants are **ENJOINED** and **RESTRAINED** from instituting or

prosecuting further any proceeding in any state or United States court against

Plaintiff arising out of or relating to the Death Benefit;

(6) The Clerk of Court shall disburse all funds currently held in the Court's

Registry, including all interest accrued and less the registry fee assessment,

as follows: $9,109.22, plus all interest accrued, to Marlene Altberg, P.O. Box

536, Florence, CO 81226; and $1,000 to ReliaStar Life Insurance Company

c/o McDowell Hetherington LLP, 1000 Ballpark Way, Suite 209, Arlington, TX

76011; and

(7)     The Clerk of Court shall mail a copy of this Order to:

Marlene Altberg
PO Box 536
Florence, CO 81226

DATED:  February 18, 2025               BY THE COURT:

Nina Y. Wang
United States District Judge

3